Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California  92101
Tel:     619-807-2628
Fax:    866-575-7413
Email: cmarshall@marshallestatelaw.com


Attorneys for Plaintiff
JESSE N. PUGH, SR. and
JESSE N. PUGH, JR

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JESSE N. PUGH, SR. and<br>JESSE N. PUGH, JR.<br><br>Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; WELLS FARGO BANK, N.A. AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-PR3<br><br>Defendant(s). | Case No. 2:13-cv-01141-MCE DAD<br><br>Judge:  Hon. Morrison C. England, Jr.<br><br>**ORDER ON PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(2)** |

On November 19, 2013, Plaintiffs filed a notice of voluntary dismissal, dismissing without prejudice Defendants JPMORGAN CHASE BANK, N.A. and WELLS FARGO BANK, N.A. AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-PR3 from the above-entitled action pursuant to Federal Rule of Civil Procedure 41(a)(2).

///

Good cause having been shown, Plaintiff's Motion is GRANTED. Defendants JPMORGAN CHASE BANK, N.A. and WELLS FARGO BANK, N.A. AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-PR3 are hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: January 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT